1

2

3

4

5                     UNITED STATES DISTRICT COURT

6                         DISTRICT OF NEVADA

7                                * * *

8    VIOLET ANDROWSKI,            )
                                  )
9            Plaintiff,           )        2:11-cv-00614-RLH-RJJ
                                  )
10   vs.                          )
                                  )
11   ONE WEST BANK, FSB, *et al.*,)          O R D E R
                                  )
12           Defendant,           )
     _____ )

13

14       This matter is before the Court on an Application to Proceed *In Forma Pauperis* (#1).

15       The Court having reviewed the Application (#1) and the proposed complaint attached

16   thereto and good cause appearing therefore,

17       IT IS HEREBY ORDERED that a **status conference is scheduled for June 20, 2011, at**

18   **10:00 AM** in courtroom3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas

19   Blvd. So., Las Vegas, Nevada.

20       IT IS FURTHER ORDERED that Plaintiff Violet Androwski,  is required to appear in

21   Court for this hearing. Plaintiff is advised that failure to appear for this hearing may result in a

22   recommendation that this case be dismissed.

23       IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the

24   Plaintiff by certified mail, return receipt requested.

25       DATED this   17th   day of May, 2011.

26

27   _____
     ROBERT J. JOHNSTON
28   United States Magistrate Judge