UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| VIOLET ANDROWSKI, | ) | |
| Plaintiff, | ) | 2:11-cv-0614-RLH-RJJ |
| vs. | ) | |
| ONEWEST BANK, FSB, *et al.*, | ) | O R D E R |
| Defendant, | ) | |

This matter is before the Court on the failure of Plaintiff, Violet Androwski, to appear in Court on June 20, 2011, at 10:00 AM for a status hearing. *See*, Order (#3). Good cause appearing therefore,

IT IS HEREBY ORDERED that a second status hearing is scheduled for July 26, 2011, at 3:00 PM in courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

IT IS FURTHER ORDERED that only Plaintiff, Violet Androwski, is required to appear in Court for this hearing. Plaintiff is advised that failure to appear for this hearing may result in a recommendation that this case be dismissed.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the Plaintiff by regular mail and also by certified mail, return receipt requested.

DATED this   20th   day of June, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge