# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VIOLET ANDROWSKI, | Case No.: 2:11-cv-00614-RLH-RJJ |
| Plaintiff, | **O R D E R** |
| vs. | |
| ONEWEST BANK, FSB; INDYMAC BANK, FSB; DIRECT CAPITAL GUARANTY; NDEX WEST, LLC; MORTGAGE ELECTRONIC REGISTRATIONS SYSTEM, INC.; and DOES 1-50, | |
| Defendants. | |

Rule 4 of the Federal Rules of Civil Procedure governs service of process. Rule 4(m) states, "If a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Plaintiffs have failed to provide the Court with proof of service for any of the Defendants despite the Court's notice of intent dismiss and extension of time. (Dkt. #11, Feb. 3, 2011.) The Court therefore dismisses each of the Defendants from this action. Further, because the Court dismisses this action, the Court also orders that the *lis pendens* filed because of this case be expunged.

1

AO 72
(Rev. 8/82)

## CONCLUSION

Accordingly, and for good cause appearing,

IT IS HEREBY ORDERED that this case is DISMISSED.

IT IS FURTHER ORDERED that the *lis pendens* filed because of the pendency of this case be EXPUNGED. The Clerk of the Court is directed to close this case.

Dated: February 21, 2012.

_____
**ROGER L. HUNT**
**United States District Judge**